## JUNE 9, 2003

No. 02–312. H & R BLOCK, INC. *v.* ANDERSON ET AL. C. A. 11th Cir. The Court reversed the judgment below in *Beneficial Nat. Bank* v. *Anderson, ante*, p. 1. Therefore, certiorari granted, and case remanded for further proceedings.

No. 02–9903. STRABLE *v.* STRABLE. Ct. App. S. C. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–9936. ELDRIDGE *v.* DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–9957. SHELTON *v.* EIKERMAN. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02A932. VENGADASALAM *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. 02M100. PFEIFFER *v.* GEORGIA DEPARTMENT OF TRANSPORTATION. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 02–10676. IN RE PHELPS;
No. 02–10690. IN RE STEVENSON;
No. 02–10728. IN RE VINCENT; and
No. 02–10734. IN RE BUSH. Petitions for writs of habeas corpus denied.

No. 02–10583. IN RE WOOD. Petition for writ of mandamus denied.